The People of the State of New York, Respondent,
against
Sheila Landestoy, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Richard Ross, J.H.O), rendered November 20, 2015, convicting her, upon a plea of guilty, of aggravated unlicensed operation of a motor vehicle in the third degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Richard Ross, J.H.O.), rendered November 20, 2015, affirmed.
As the People now concede, the plea record lacks the requisite "affirming showing" that defendant understood and waived her Boykin rights (see Boykin v Alabama, 395 US 238 [1969]; People v Tyrell, 22 NY3d 359 [2013]). Nevertheless, the only relief that defendant requests is dismissal of the information, and she expressly requests this Court to affirm her conviction if it does not grant a dismissal. Since it cannot be said that no penological purpose would be served by reinstating the third degree aggravated unlicensed operation of a motor vehicle charge (see People v Murray, 46 Misc 3d 136[A], 2014 NY Slip Op 51891[U] [App Term, 1st Dept 2014]; see also People v Conceicao 26 NY3d 375, 385 n 1 [2015]; People v Teron, 139 AD3d 450 [2016]), dismissal is not warranted and therefore we affirm.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: October 21, 2016